UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

FILED
U.S. DISTRICT COURT
09 MAY 29 PM 12: 35
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:09-cr- **4:09-cr-0012 DFH-MGN** |
| MARK ARMSTRONG, | ) |
| Defendant. | ) |

### INFORMATION

#### Count 1
**[Sexual Exploitation of Children, 18 U.S.C. §2251(a)]**

The United States Attorney charges that:

On or about August 28, 2008, at Scott County, Indiana, within the Southern District of Indiana and elsewhere, MARK ARMSTRONG, the defendant herein, employed, used, persuaded, induced, enticed, or coerced a minor, to wit: John Doe 1, to engage in sexually explicit conduct, as such conduct is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, knowing or having reasons to know that such visual depictions (i) will be transported in interstate or foreign commerce or mailed, (ii) were produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including a computer, or (iii) were actually transported in interstate or foreign commerce or mailed, to wit:

   1.   **6062080[6][14].jpg**

   2.   **6651904[6][16].jpg**

1

**SCANNED**

3. **7258112[6][18].jpg**

4. **7831552[6][20].jpg**

5. **8470528[6][22].jpg**

6. **9043968[6][24].jpg**

7. **9568256[6][26].jpg**

8. **10059776[6][28].jpg**

9. **10567680[6][30].jpg**

10. **11190272[6][32].jpg**

11. **11829248[6][34].jpg**

12. **12369920[6][36].jpg**

13. **12943360[6][38].jpg**

All of which is a violation of Title 18, United States Code, Section 2251(a).

### Count 2
### [Sexual Exploitation of Children, 18 U.S.C. §2251(a)]

The United States Attorney charges that:

In or about 2008 to on or about March 9, 2009, at Scott County, Indiana, within the Southern District of Indiana and elsewhere, MARK ARMSTRONG, the defendant herein, employed, used, persuaded, induced, enticed, or coerced a minor, to wit: John Doe 1, to engage in sexually explicit conduct, as such conduct is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, knowing or having

reasons to know that such visual depictions (i) will be transported in interstate or foreign commerce or mailed, (ii) were produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including a computer, or (iii) were actually transported in interstate or foreign commerce or mailed, to wit:

1. **DSC02765.jpg**
2. **DSC02779.jpg**
3. **DSC02781.jpg**
4. **DSC02786.jpg**
5. **DSC02790.jpg**
6. **DSC02761.jpg**
7. **DSC02762.jpg**
8. **DSC02785.jpg**

All of which is a violation of Title 18, United States Code, Section 2251(a).

## Count 3
**[Sexual Exploitation of Children, 18 U.S.C. §2251(a)]**

The United States Attorney charges that:

On or about August 29, 2008, at Scott County, Indiana, within the Southern District of Indiana and elsewhere, MARK ARMSTRONG, the defendant herein, employed, used, persuaded, induced, enticed, or coerced a minor, to wit: John Doe 2, to engage in sexually explicit conduct, as such conduct is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, knowing or having reasons to

3

know that such visual depictions (i) will be transported in interstate or foreign commerce or mailed, (ii) were produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including a computer, or (iii) were actually transported in interstate or foreign commerce or mailed, to wit:

1. **5210112[6][12].jpg**

All of which is a violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE
## 18 U.S.C. § 2253

The allegations in Counts 1, 2 and 3 of this Information are re-alleged as if fully set forth herein, for the purpose of giving the defendant notice that the United States intends to pursue forfeiture of property pursuant to Title 18, United States Code, Section 2253.

If convicted of one or more of the offenses set forth in Counts 1 and 2, the defendant MARK ARMSTRONG shall forfeit to the United States the defendant's interest in: 1) any visual depictions described in Title 18, United States Code, Section 2252 or 2252A, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depictions, which were produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; 2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from offense(s) of which the defendant is convicted; 3) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense of which the defendant is convicted, or any property traceable to such property; and 4) any and all property seized pursuant to the federal search warrant executed on

his residence on April 2, 2009, and used or intended to be used to commit or to promote the commission of any offense of which the defendant is convicted.

TIMOTHY M. MORRISON
United States Attorney

STATE OF INDIANA      )
                      )   SS:
COUNTY OF MARION      )

A. Brant Cook, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

_____
A. Brant Cook
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 29th day of May, 2009.

_____
Carrie A. Griffin
Notary Public

My Commission Expires:

January 21, 2016

My County of Residence:

Hancock

6