FILED
U.S. DISTRICT COURT
NEW ALBANY DIVISION

NOV 2 3 2009

SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:09-CR-12-DFH-MGN |
| | ) | |
| MARK ARMSTRONG, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED FACTUAL BASIS

The Government, by and through Timothy M. Morrison, United States Attorney, and A.

Brant Cook, Assistant United States Attorney, and the Defendant, MARK ARMSTRONG, by

counsel, Frank P. Campisano, file this Stipulated Factual Basis of the Parties:

On March 9, 2009, a Special Agent with the Department of Homeland Security -

Immigration and Customs Enforcement ("ICE") temporarily assigned to the Office of the

Attaché, Pretoria, South Africa met with members of South African law enforcement engaged in

a child pornography investigation. The ICE agent was advised that South African law

enforcement had recently received information relating to three individuals who were exchanging

images of minor children engaging in sexually explicit behavior with adults.  South African law

enforcement suspected that one of the individuals involved in exchanging these images lived in

the United States, and was currently sexually abusing a minor male later identified as John Doe

1. The emails from the individual in the United States had been sent to individuals in South

Africa in September and October 2008. The individual identified himself in the e-mails as Mark

Armstrong, and discussed his molestation of John Doe 1. Attached to the e-mails sent by the individual identifying himself as Armstrong were images depicting sexually explicit conduct between an unidentifiable adult male and a minor male later identified as John Doe 1.

On March 10, 2009, this information was forwarded to ICE's Cyber Crime Center (C3). C3 obtained information concerning the e-mail address used by the individual claiming to be Mark Armstrong. The subscriber information listed the user as Mark Armstrong, with an address in Scottsburg, Indiana. On March 20, 2009, C3 forwarded this information to ICE-Indianapolis. Special Agent Tom Rothrock was assigned to continue the investigation.

Special Agent Rothrock traced the IP addresses of the e-mail registration and most recent log-ins to the account to an internet service offered and managed by the City of Scottsburg, Indiana. After obtaining legal process for more information relating to the IP addresses, SA Rothrock met personally with the administrator of Scottsburg's internet service and was able to determine that log-ins to the subject e-mail account were done from the residence of Mark Armstrong. Postal records confirmed that Mark Armstrong had lived at the residence for some time, and continued to receive mail there.

On April 2, 2009, a search warrant was executed on Mark Armstrong's residence. Armstrong waived his rights, and made a full confession to SA Rothrock and Indiana State Police Detective Marty Metzger that he had been molesting John Doe 1, a minor male relative less than twelve years of age, and had produced and disseminated images of that conduct, including images of sexual acts and conduct. Armstrong also admitted to having produced an image of John Doe 2, a minor male relative less than twelve years of age, engaged in a lascivious exhibition of his genitals and pubic region.

During the course of his interview with SA Rothrock and Detective Metzger, Armstrong

was shown many of the images recovered in South Africa. He admitted to producing each of the images, and identified the child depicted as John Doe 1 and the adult depicted as himself. He admitted to producing the images with a digital camera, and exchanging them with individuals he had met online for nude images of other minors. Armstrong recalled sending sexually explicit images of John Doe 1 to individuals Armstrong believed to be in South Africa and in Mexico. Armstrong was unable to name a specific date or dates on which he produced the images, beyond that they were likely produced "last year" (2008).

During the interview with Armstrong, other members of the search team recovered and analyzed a Sony memory "stick," a digital storage device that was compatible with a Sony digital camera also recovered from the residence and identified by Armstrong as the camera used to produce the images of John Doe 1. Sony memory "sticks" and digital cameras are produced outside the State of Indiana. Members of the search team discovered additional, previously unknown images of sexually explicit conduct involving John Doe 1 on the memory stick, as well as an image of John Doe 2 posed in a lascivious exhibition of his genitals and pubic area.

SA Rothrock and Detective Metzger then presented the images discovered on the memory stick to Armstrong. Armstrong admitted to producing those images, as well. Data accompanying the image files recovered from the Sony memory stick indicated that the images found of John Doe 1 were produced on August 28, 2008. A visual analysis of the images clearly demonstrates that they were produced on a different date than those images recovered in South Africa. Data accompanying the image file of John Doe 2 recovered from the Sony memory stick indicated that it was produced on August 29, 2008.

All of the images of John Does 1 and 2 named in the Information were produced by the Defendant in the Southern District of Indiana.

Armstrong stated that, in total, he produced approximately fifty (50) images of sexually explicit conduct involving John Does 1 and 2. He stated that he uploaded the images to his computer, but later deleted them from it some time ago. No images of minors readily identifiable as John Doe 1 or John Doe 2 engaged in sexually explicit conduct were forensically recovered from Armstrong's computer, suggesting that the images had been overwritten with new data and were therefore unrecoverable. The images of John Does 1 and 2 recovered from the Sony memory "stick" had been deleted, but not yet overwritten with new data.

Respectfully submitted,

TIMOTHY M. MORRISON
United States Attorney

By: _____

A. Brant Cook
Assistant United States Attorney


_____

MARK ARMSTRONG
Defendant


_____

Frank P. Campisano
Attorney for MARK ARMSTRONG